# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARIA HAUSEN, MSC & RAFAEL
BLAZQUEZ, PHD,
   Plaintiffs,

               11 C 06888

PS ILLINOIS TRUST, a public storage
Company, PUBLIC STORAGE, INC., a
foreign corporation, and METROPUBLIC
STORAGE FUND, a California limited
Partnership,
   Defendants,

## AFFIDAVIT OF SERVICE

My name is Philip J Leyden. I have met the requirements for licensing under the Private Detective, Private Alarm, Private Security and Locksmith Act of 2004. My registration number is 0129-003890 and expires May 31, 2012.

I Philip J. Leyden, being duly sworn upon oath, states that I am over the age of eighteen, of sound mind, competent to testify and have personal knowledge of the following:

On October 6, 2011, I served a Summons in a Civil Case and Complaint on Public Storage, Inc., by handing the Summons in a Civil Case and Complaint to Ms. Sharon Cisek at Public Storage, Inc. 331 E Boughton Rd. Bolingbrook, Illinois 60440.

_____
Philip Leyden

Signed and sworn before me _____ Oct. 6 _____ ,2011

NOTARY _____ Linda L. Quinn _____



LINDA L QUINN
MY COMMISSION EXPIRES
JANUARY 24, 2015